# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARYLAND CASUALTY COMPANY | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-2311 |
| v. | : | |
| | : | |
| FRAZIER FAMILY TRUST, d/b/a | : | |
| KHADIJAH'S KITCHEN | : | |
| *Defendant* | : | |

## ORDER

**AND NOW,** this 30th day of January 2014, upon consideration of Plaintiff's *motion for entry of final judgment* [ECF 10], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED** and a declaratory judgment is entered in favor of Plaintiff and against Defendant.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.